**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES AUSTIN,<br><br>            Plaintiff,<br><br>       v.<br><br>PREFERRED COMMUNICATION SYSTEMS, INC.,<br><br>            Defendant. | Case No. CV 15-4480 DMG (GJSx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendant's Motion for Summary Judgment, filed on December 18, 2015, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Preferred Communication Systems, Inc., and against Plaintiff Charles Austin.

DATED: December 18, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE